# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

133725(114)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICHARD PERRY BRYANT,
     Defendant-Appellant.

_____

SC: 133725
COA: 247039
Wayne CC: 02-005508

On order of the Chief Justice, the motion by plaintiff-appellee for extension to January 16, 2009 of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2009

_____
Clerk